948 A.2d 159

IN THE MATTER OF JULIE ANN MARZANO,
AN ATTORNEY AT LAW.

May 30, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–389, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E) **JULIE ANN MARZANO** of **BLACKWOOD,** who was admitted to the bar of this State in 1992, should be reprimanded based on discipline imposed in the Commonwealth of Pennsylvania that in New Jersey constitutes a violation of *RPC* 5.5(a) (unauthorized practice of law), and good cause appearing;

It is ORDERED that **JULIE ANN MARZANO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.